| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Wayne Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Angelica Yadira PASILLAS-GARCIA, a/k/a Blanca Estela
Lizarraga-Lizarraga

Case No.  **2:25-mj-30374
Judge: Unassigned,
Filed: 06-10-2025 At 11:09 AM
CMP ANGELICA YADIRA PASILLAS-
GARCIA (DA)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 5, 2025_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code, Section 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 5, 2025, in the Eastern District of Michigan, Southern Division, Angelica Yadira PASILLAS-GARCIA, a/k/a Blanca Estela Lizarraga-Lizarraga, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 31, 1998, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ~~XX-XX-XXXX~~ June 10, 2025

_____
*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Angelica Yadira PASILLAS-GARCIA, a/k/a Blanca Estela Lizarraga-Lizarraga, which reveals the following:

2.  Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3.  Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Angelica Yadira PASILLAS-GARCIA.

4.  Angelica Yadira PASILLAS-GARCIA is a fifty-two-year-old female, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5.  On or about August 30, 1998, PASILLAS-GARCIA was arrested at or near San Ysidro, California, Point of Entry. During this arrest she used the name Blanca Estela Lizarraga-Lizarraga. She was processed as an Expedited Removal.

6.  On or about August 31, 1998, PASILLAS-GARCIA was removed from the United States to Mexico through San Ysidro, California.

7.  On or about October 11, 2010, PASILLAS-GARCIA applied for admission into the United States through the San Ysidro, California Port of Entry.  She again used the name of Blanca Estela Lizarraga-Lizarraga.  During

processing it was found that the Alien Registration Card (I-551) that she presented was not lawfully issued to her. She was allowed to withdraw her application for admission in lieu of an Expedited Removal.

8.    On or about October 22, 2010, PASILLAS-GARCIA was arrested near Campo, California.  She was granted a Voluntary Return to Mexico. During this encounter she also used the name of Blanca Lizarraga-Lizarraga.

9.    On or about October 30, 2010, PASILLAS-GARCIA was arrested near the Calexico, California Port of Entry. She was granted a Voluntary Return to Mexico. During this encounter she also used the name of Blanca Lizarraga-Lizarraga.

10.   On or about November 2, 2010, PASILLAS-GARCIA was arrested near the Calexico, California Port of Entry. She was granted a Voluntary Return to Mexico. At the time of this arrest, she used to name of Blanca Lizarraga-Lizarraga.

11.   On or about June 5, 2025, PASILLAS-GARCIA was arrested by United States Border Patrol Agents near Holly, Michigan, following a traffic stop by Michigan State Police. After it was determined that she was a native and citizen of Mexico, with no documentation to be in the United States, she was taken into custody by United States Border Patrol Agents and processed as a Reinstatement of Prior Deport Order.

12.   Angelica Yadira PASILLAS-GARCIA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that PASILLAS-GARCIA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that PASILLAS-GARCIA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

13.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of

any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14.   Review of the Alien File (A# xxx xxx 448) for Angelica Yadira PASILLAS-GARCIA and queries in Department of Homeland Security databases confirm no record exists PASILLAS-GARCIA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her removal on August 31, 1998.

15.   Based on the above information, I believe there is probable cause to conclude that Angelica Yadira PASILLAS-GARCIA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge